**Opinion issued July 29, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00511-CV

———————————

**NFG ENERGY SERVICES, LLC, Appellant**

**V.**

**F.E. MORAN, INC. SPECIAL HAZARD SYSTEMS, Appellee**

---

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Case No. 2021-51177**

---

## MEMORANDUM OPINION

Appellant, NFG Energy Services, LLC, filed a notice of appeal from the trial court's April 12, 2024 final judgment. Subsequently, appellee, F.E. Moran, Inc. Special Hazard Systems, also filed a notice of appeal from the trial court's final judgment. On October 23, 2024, the parties filed a "Joint Motion to Abate Appeal[]

Pending Finalization of Settlement and [to] Suspend Appellate Deadlines." In their motion, the parties stated that they had "engaged in settlement negotiations and [were] working to finalize a settlement," and requested abatement to allow them to finalize those negotiations. The Court granted the motion and abated the appeal pending settlement.

On July 21, 2025, the parties filed an "Amended Agreed Joint Motion to Dismiss Appeal." In the motion, the parties stated that they had "settled their dispute," ending all controversies between the parties. The parties therefore requested that the Court dismiss the appeal and "set aside the trial court's judgment without regard to the merits and remand the case to the trial court for any further proceedings necessary to effectuate the parties' settlement." *See* TEX. R. APP. P. 42.1(a)(2)(B). The motion further stated that "each party will bear its own fees and costs." *See* TEX. R. APP. P. 42.1(d).

No other party has filed a notice of appeal, and no opinion has issued. *See* TEX R. APP. P. 42.1(a)(2), (c). The motion does not include a certificate of conference, but was filed jointly, and is signed by counsel for all parties. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2).

Accordingly, we grant the parties' joint motion, reinstate this appeal to the Court's active docket, dismiss the appeal, and set aside the trial court's judgment without regard without regard to the merits and remand the case to the trial court for

any further proceedings necessary to effectuate the parties' settlement. *See* TEX. R. APP. P. 42.1(a)(2)(B), 43.2(d). We further direct the Clerk of this Court that costs are to be taxed against the party incurring the same. *See* TEX. R. APP. P. 42.1(d). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Dokupil.